DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

| | | | |
|---|---|---|---|
| Daniels v. Metro Magazine Holding Co.<br><br>Case below:<br>179 N.C. App. 533 | No. 582P06 | 1. Plt's NOA Based Upon a Constitutional Question (COA05-1336)<br><br>2. Def's Motion to Dismiss Appeal<br><br>3. Plt's PDR Under N.C.G.S. § 7A-31 | 1. ——<br><br>2. Allowed 11/08/07<br><br>3. Denied 11/08/07 |
| Geitner v. Mullins<br><br>Case below:<br>182 N.C. App. ——<br>(17 April 2007) | No. 239P07 | Plts' (Diane and Jacques Geitner) PDR Under N.C.G.S. § 7A-31 (COA06-547) | Denied 10/11/07 |
| Hall v. Cohen<br><br>Case below:<br>186 N.C. App. ——<br>(18 September 2007) | No. 486P07 | Plt's PDR Under N.C.G.S. § 7A-31 (COA06-1531) | Denied 10/11/07<br><br>**Hudson, J., Recused** |
| Hoffman v. Oakley<br><br>Case below:<br>184 N.C. App. ——<br>(17 July 2007) | No. 410P07 | Plt's and Third-Party Defendant's PDR Under N.C.G.S. § 7A-31 (COA06-932) | Denied 10/11/07 |
| Hospice & Palliative Care Charlotte Region v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 425P07 | 1. Respondent-Intervenor's Motion for Temporary Stay (COA06-1484)<br><br>2. Respondent-Intervenor's Petition for Writ of Supersedeas<br><br>3. Respondent-Intervenor's PDR Under N.C.G.S. § 7A-31<br><br>4. Petitioner's Conditional PDR Under N.C.G.S. 7A-31 | 1. Allowed 08/28/07 Stay Dissolved 11/08/07<br><br>2. Denied 11/08/07<br><br>3. Denied 11/08/07<br><br>4. Denied 11/08/07 |
| Hospice at Greensboro, Inc. v. N.C. Dep't of Health & Human Servs.<br><br>Case below:<br>185 N.C. App. ——<br>(7 August 2007) | No. 522P06-2 | 1. Respondent-Intervenor's Motion for Temporary Stay (COA06-1204)<br><br>2. Respondent-Intervenor's Petition for Writ of Supersedeas<br><br>3. Respondent-Intervenor's PDR Under N.C.G.S. 7A-31<br><br>4. Petitioners' Conditional PDR Under N.C.G.S. § 7A-31 | 1. Allowed 08/28/07 Stay Dissolved 11/08/07<br><br>2. Denied 11/08/07<br><br>3. Denied 11/08/07<br><br>4. Dismissed as Moot 11/08/07 |
| In re A.L.P.<br><br>Case below:<br>·182 N.C. App. 528 | No. 214P07 | Respondent's (Father) PDR Under N.C.G.S. 7A-31 (COA06-1382) | Denied 11/08/07 |